UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MULTI-LINK CONTAINER LINE LLC,

                Plaintiff,

-against-                          **MEMORANDUM AND ORDER**
                                              Case No. 11-CV-3093 (FB) (RML)

RUSSELL-NEWMAN, INC.,

                DefendantS.
-------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
DAVID COHEN, ESQ.
102 Montauk Blvd
POB 86
East Hampton, NY 11937

**BLOCK, Senior District Judge:**

        On June 29, 2012, Magistrate Judge Levy issued a Report and Recommendation ("R&R") recommending that the Court award plaintiff a default judgment against defendant in the total amount of $111,805.96 in damages, consisting of $104,442.61 in unpaid invoices, $6,953.30 in interest, and $410 in costs. *See* R&R at 3. The R&R also stated that defendant's failure to object within fourteen days would preclude the District Court's review. *See id.* at 5. Plaintiff's attorney mailed a copy of the R&R to defendant on June 29, 2012 via first class mail; no objections have been filed.

        If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice

1

of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

s/ Judge Frederic Block
_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
July 17, 2012